Minnie Kluge, plaintiff in error, v. Joseph Soens, defendant in error.  Gen. No. 29,126.

Action for damages under the Dram-shop Act. Demurrer to complaint sustained. Error to the Superior Court of Cook county; the

Hon. Joseph Sabath, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and cause remanded with directions. Opinion filed June 17, 1925.

Joseph A. Weber, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.